UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsd.uscourts.gov

Case No. 1:13-cv-21809-RSR

Honorable Judge Rosenbaum
Civil Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALL AMERICAN SEMICONDUCTOR, INC., *et al.*, | Case No. 07-12963-BKC-LMI (Jointly Administered) |
| Debtors. _____/ | |
| AASI CREDITOR LIQUIDATING TRUST, by and through Kenneth A. Welt, etc., | |
| Appellant/Plaintiff, | Adv. Pro. No. 09-1466-BKC-LMI |
| v. | |
| ORACLE, USA, INC., | |
| Appellee/Defendant. _____/ | |

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF**

Appellant, AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee (the "Appellant" or "Trustee"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1, by and through undersigned counsel, moves for entry of an Order extending the deadline to file its appellant brief, and in support thereof states as follows:

1.   On January 25, 2013, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") entered an order (the "Dismissal Order") (Adv. ECF

No. 521)[1] dismissing all of the Trustee's claims against Oracle USA, Inc., f/k/a PeopleSoft USA, Inc. (the "Appellee" or "Oracle") in the above-styled adversary proceeding.

2. On February 8, 2013, the Trustee filed his *Notice of Appeal* of the Dismissal Order (the "Appeal") (Adv. ECF No. 526).

3. On April 30, 2013, the Appellant and the Appellee (together, the "Parties") entered into a settlement agreement (the "Settlement Agreement"), subject to Bankruptcy Court approval.

4. On May 14, 2013, the Appellant filed his *Motion to Approve Compromise and Settlement between Liquidating Trustee and Oracle, Corp.* (the "Settlement Motion") (Bankr. ECF No. 3146) in the Bankruptcy Court.

5. The deadline to object to the Settlement Motion is June 11, 2013.

6. The Settlement Agreement provides that the Parties will file a joint stipulation of dismissal of the Appeal upon entry of a final order approving the Settlement Agreement.

7. On May 21, 2013, the Appeal was transmitted to this Court. (Adv. ECF No. 617).

8. On May 22, 2013, the Appeal was docketed in this Court. (ECF No. 5).

9. The current deadline for the Appellant to file his brief is June 5, 2013.

10. The Parties have discussed the appropriateness of an extension of time for the Appellant to file his brief.

11. The Parties believe that it would not be an efficient use of the Court's (and the Parties') time and resources for the Appellant to prepare and file a brief at this time.

12. The Appellant requests that this Court grant an extension of time to file his appellant brief for 35 days from the current deadline, through and including July 10, 2013, to

---

[1] References to the docket in Adversary Proceeding No. 09-1466-BKC-LMI shall be "Adv. ECF No. ___."
References to the docket in Bankruptcy Case No. 07-12963-BKC-LMI shall be "Bankr. ECF No. ___."

allow an opportunity for the Bankruptcy Court to consider and approve the Settlement Agreement.

13. This Motion is filed in good faith and not for the purposes of undue delay.

WHEREFORE, the Appellant respectfully requests entry of an order in the form attached hereto as Exhibit A extending the deadline within which the Appellant must file his appellant brief through and including July 10, 2013, and such other and further relief as may be just and proper.

### Rule 7.1(a)(3) Certification

I HEREBY CERTIFY that I have conferred with counsel for the Appellee, who consents to the relief requested herein.

Dated: May 29, 2013

        Respectfully submitted,

        Messana, PA
        *Counsel for Kenneth A. Welt as Liquidating Trustee of All American Semiconductor, Inc.*
        401 East Las Olas Boulevard
        Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone: (954) 712-7400
        Facsimile: (954) 712-7401
        Email: tmessana@messana-law.com

        /s/ Thomas M. Messana
        Thomas M. Messana, Esq.
        Florida Bar No. 991422

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on May 29, 2013 by transmission of Notice of Electronic Filing generated by CM/ECF on Gregory Grossman, Esq., Astigarraga Davis Mullins & Grossman, P.A., Attorneys for Oracle USA, Inc., 701 Brickell Avenue, 16th Floor, Miami, FL 33131, ggrossman@astidavis.com, and all other parties registered to receive electronic notice through the Court's CM/ECF system.

Messana, PA
*Counsel for Kenneth A. Welt as Liquidating Trustee of All American Semiconductor, Inc.*
401 East Las Olas Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 712-7400
Facsimile: (954) 712-7401
Email: tmessana@messana-law.com

/s/ Thomas M. Messana
Thomas M. Messana, Esq.
Florida Bar No. 991422

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsd.uscourts.gov

Case No. 1:13-cv-21809-RSR

Honorable Judge Rosenbaum
Civil Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALL AMERICAN SEMICONDUCTOR, INC., *et al.,* | Case No. 07-12963-BKC-LMI (Jointly Administered) |
| Debtors. _____/ | |
| AASI CREDITOR LIQUIDATING TRUST, by and through Kenneth A. Welt, etc., | |
| Plaintiff, | Adv. Pro. No. 09-1466-BKC-LMI |
| v. | |
| PEOPLESOFT, USA, INC., et al., | |
| Defendants. _____/ | |

**ORDER GRANTING APPELLANT'S MOTION FOR**
**EXTENSION OF TIME TO FILE APPELLANT BRIEF**

**THE MATTER** came before the Court upon the *Appellant's Motion for Extension of Time to File Appellant Brief* (the "Motion") (ECF No. ___). The Court has reviewed the Motion and the record before the Court, and, noting no objection to the relief requested, finds that good cause exists to grant the relief requested by the Appellant.[2] Accordingly, the Court

**ORDERS:**

1.      The Motion is **GRANTED.**

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

6

      2.      The Appellant shall have through and including July 10, 2013 to file its appellant brief.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of May, 2013.

                                            _____
                                            HONORABLE ROBIN S. ROSENBAUM
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record